IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**CONSTRUCTION SERVICES, LLC**                                                    **PLAINTIFF**

vs.                                                  **CIVIL ACTION NO. 1:17-cv-304-HSO-JCG**

**INDUSTRIAL & CRANE SERVICES, INC.**                                    **DEFENDANT**

## FINAL JUDGMENT

The parties have announced to the Court a settlement of this case. The Court, being advised that the parties have an informed understanding of their rights and the consequences of settlement, desires that this matter be closed.

**IT IS, THEREFORE, ORDERED AND ADJUDGED that**, the above captioned civil action is **DISMISSED WITH PREJUDICE,** and that the Court specifically retains jurisdiction to enforce the settlement agreement entered into between the parties.

**SO ORDERED AND ADJUDGED**, this the 3rd day of April, 2019.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

03259133